45955. BLI CONSTRUCTION COMPANY v. KNOWLES.

QUILLIAN, Judge. The instant case, being a companion to 45954, is controlled by the decision in that case.

Judgment affirmed. Jordan, P. J., and Evans, J., concur.

SUBMITTED FEBRUARY 2, 1971—DECIDED MARCH 15, 1971—
REHEARING DENIED APRIL 2, 1971—CERT. APPLIED FOR.

Woodruff, Savell, Lane & Williams, John M. Williams, Lawson A. Cox, II, for appellant.

Ross & Finch, Claude R. Ross, Ellis Ray Brown, for appellee.